IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Williams, Michele D | Case Number: 08 B 26483 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 10/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 825.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 770.55 |
| Trustee Fee: |  | 54.45 |
| Other Funds: |  | 0.00 |
| Totals: | 825.00 | 825.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 2,000.00 | 770.55 |
| 2. | Toyota Motor Credit Corporatio | Secured | 31,295.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 31.37 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 17.95 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 45.22 | 0.00 |
| 6. | Toyota Motor Credit Corporatio | Unsecured | 147.29 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 66.23 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 22.76 | 0.00 |
| 9. | CorTrust Bank | Unsecured | 23.47 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 23.70 | 0.00 |
| 11. | AAC | Unsecured |  | No Claim Filed |
| 12. | AAC | Unsecured |  | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 14. | CCB Credit Services Inc | Unsecured |  | No Claim Filed |
| 15. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 16. | City Of Chicago | Unsecured |  | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 19. | First Premier Bank | Unsecured |  | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 21. | Professional Account Management | Unsecured |  | No Claim Filed |
| 22. | Riddle & Associates | Unsecured |  | No Claim Filed |
| 23. | Providian | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,672.99 | $ 770.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Michele D | Case Number: 08 B 26483 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 10/2/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 54.45 |
| | $ 54.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: